## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **DANIEL GAFFORD and** | § | |
| **MARGARET GAFFORD,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 5:15-CV-00048** |
| | § | |
| | § | |
| | § | |
| **NATIONAL SURETY CORPORATION** | § | |
| | § | |
| **Defendant.** | § | |

### DEFENDANT NATIONAL SURETY CORPORATION'S
### NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant National Surety Corporation ("NSC") respectfully petitions this Court for removal of the above-entitled action to the United States District Court for the Northern District of Texas, from the 237TH Judicial District Court of Lubbock County, Texas, and for its Notice of Removal states:

### I.
### REMOVAL JURISDICTION

1.     This action, entitled *Daniel Gafford and Margaret Gafford, Plaintiffs v. National Surety Corporation* and pending in the 237th District Court of Lubbock County, Texas, Cause No. 2015-514,286 was commenced against NSC via the filing of Plaintiffs' Original Petition on or about January 20, 2015.

2.      NSC received the citation and Petition on January 26, 2015, via service received by its registered agent.  Accordingly this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b).

3.      Plaintiffs allege causes of action against NSC for breach of contract, violations of the Texas Insurance Code, and breach of the duty of good faith and fair dealing.  Plaintiffs sue NSC for damages, including actual damages, mental anguish damages, exemplary damages, consequential damages, treble damages, reasonable attorneys' fees, court costs, 18% statutory penalty damages, pre- and post-judgment interest.  *See* App. at 11-12 (Plaintiffs' Original Petition at ¶¶ 38-45).

4.      Plaintiffs are citizens of Texas.  *See* App. at 3 (Plaintiffs' Original Petition at ¶ 2). Defendant NSC is a Illinois Corporation with its principal place of business in Chicago, Illinois. Thus, removal is proper because there is complete diversity between the properly-named parties under 28 U.S.C. § 1332.

5.      Plaintiffs assert their damages are in excess of $200,000.00 and not more than $1,000,000.00.   *See* App. at 4 (Plaintiffs' Original Petition at ¶ 3).   Thus, the "amount in controversy" requirement of 28 U.S.C. § 1332(a) is satisfied.

6.      Venue is proper in this Court pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the place where the removed state court action is pending.

7.      In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon NSC in the state court action are attached to this notice.  *See* App. at 3-11, 18.

8.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this notice of removal will promptly be given to all parties and to the clerk of the 237th District Court of Lubbock County, Texas.

9.      Pursuant to Federal Rule of Civil Procedure 38, NSC demands a trial by jury.

## II.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, NSC respectfully gives notice that this state court action has been removed and placed on this Court's docket for further proceedings.  NSC further requests any additional relief to which it may be justly entitled.

Respectfully submitted,


**/s/ Jennifer G. Martin**
**JENNIFER G. MARTIN**, Attorney-in-Charge
   Texas State Bar No. 00794233
**STEPHANI R. JOHNSON**
   Texas State Bar No. 00794034
**SCHELL COOLEY LLP**
15455 Dallas Parkway, Suite 550
Addison, Texas  75001
(214) 665-2000
(214) 754-0060 – Fax

**ATTORNEYS FOR NATIONAL SURETY CORPORATION**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to Plaintiffs' counsel of record in accordance with the Federal Rules of Civil Procedure, on this the **22**nd day of **February, 2015.**


**/s/ Jennifer G. Martin**
Jennifer G. Martin